UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEYSHA CRUZ, et al.,

                Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

**ORDER**

19 Civ. 856 (PGG)

---

It is hereby ORDERED that the following schedule will apply to Defendant's proposed motion to dismiss (Dkt. No. 45):

1. Defendant's motion is due on **December 18, 2019**;
2. Plaintiffs' opposition is due on **January 3, 2020**; and
3. Defendant's reply, if any, is due on **January 10, 2020**.

Dated: New York, New York
      December 7, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge