**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
NEYSHA CRUZ, individually, and
NEYSHA CRUZ, as p/n/g of O.F.,

                Plaintiff,

-against-                               19 **CIVIL** 856 (PGG)

## JUDGMENT

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 20, 2020, Defendant's motion to dismiss (Dkt. No. 54) is granted; to the extent that Plaintiff seeks payment for the time period between July 9, 2018 and September 14, 2018, her claim is dismissed under Rule 12(b)(6); to the extent Plaintiff seeks payment for the period between September 14, 2018 and the end of school, her claim is dismissed under rule 12(b)(1) as moot; all other pending motions are denied as moot; accordingly, this case is closed.

**Dated:** New York, New York
           March 23, 2020

                                                                 **RUBY J. KRAJICK**
                                                           _____
                                                                  **Clerk of Court**
                           **BY:**
                                                           _____
                                                                  **Deputy Clerk**